# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

EDWARD LITTLE  
ADC #075876                                                                PLAINTIFF

v.                          No. 4:21-cv-501-DPM

ARKANSAS GENERAL ASSEMBLY;
MAHONEY, Security Captain, Varner
Unit, ADC; MADDEN, Security Captain,
Varner Unit, ADC; LINDSY, Security
Captain, Varner Unit, ADC; BARBARA
SMALLWOOD, Business Office Manager
(Accounting), Varner Unit, ADC;
ARKANSAS DIVISION OF CORRECTIONS,
formerly known as Arkansas Department
of Correction; and DOES 1-2, 2021 Arkansas
Act 1110 and Arkansas Code Annotated
§ 12-29-119                                                               DEFENDANTS

## ORDER

This case is closely related to *Hayes v. Rutledge*, 4:21-cv-347-LPR, and several other cases recently filed in the Eastern District of Arkansas. Judge Rudofsky has agreed to accept a transfer, and that would promote judicial economy. The Court therefore directs the Clerk to reassign this case to Judge Rudofsky. GENERAL ORDER NO. 39, § (b)(5).

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

15 June 2021